IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PARAMOUNT PICTURES, Corporation, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH MUMM,<br><br>Defendant. | 8:06CV382<br><br>ORDER OF DISMISSAL |

The matter before the court is the plaintiffs' notice of voluntary dismissal. Filing No. 12. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendant is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 29th day of December, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge